UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA – WESTERN DIVISION

John M. Tracy, individually, and
3J Oil Medics, LLC d/b/a 3J Towing,
Plaintiffs,

v.

Butte County, South Dakota;
Sheriff Frederick A. Lamphere, individually and in his official capacity;
Chief Deputy Jason March, individually and in his official capacity;
State's Attorney LeEllen McCartney, individually and in her official capacity;
County Commissioners James Ager, Frank Walton, Chad Erk, Stan Harms, and Karol Herman, in their official capacities;
Annie Capp, County Auditor, in her official capacity;
City of Belle Fourche;
Chief of Police Ryan Chervany, individually and in his official capacity;
Mayor Randy Schmidt, in his official capacity;
Belle Fourche Police Department;
South Dakota Highway Patrol;
Captain Zac Bader, individually and in his official capacity;
Plains Towing and Recovery;
Defendants.

---

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

(42 U.S.C. §1983 – CIVIL RIGHTS VIOLATIONS)

JURY TRIAL DEMANDED

---

I. JURISDICTION AND VENUE

1.    This action arises under the Constitution and laws of the United States, including **42 U.S.C. §1983**.

2.    This Court has jurisdiction under **28 U.S.C. §§1331 and 1343**.

3.    Venue is proper in the District of South Dakota because all events occurred within this District.

## II. PARTIES

4. Plaintiff **John M. Tracy** is a resident of South Dakota.

5. Plaintiff **3J Oil Medics, LLC d/b/a 3J Towing** is a South Dakota limited liability company.

6. Defendant **Butte County, South Dakota** is a municipal entity.

7. Defendant **Sheriff Frederick A. Lamphere** acted under color of state law.

8. Defendant **Chief Deputy Jason March** acted under color of state law.

9. Defendant **State's Attorney LeEllen McCartney** acted under color of state law.

10. Defendant **County Commissioners** are final policymakers.

11. Defendant **Annie Capp** is the County Auditor.

12. Defendant **City of Belle Fourche** is a municipal entity.

13. Defendant **Chief Ryan Chervany** acted under color of state law.

14. Defendant **Mayor Randy Schmidt** is a policymaker.

15. Defendant **Belle Fourche Police Department** is an agency of the City.

16. Defendant **South Dakota Highway Patrol (SDHP)** is a state law enforcement agency acting under color of state law.

17. Defendant **Captain Zac Bader** is an officer of SDHP acting under color of state law.

18. Defendant **Plains Towing and Recovery (PTR)** acted jointly with state actors.

## III. STATEMENT OF FACTS

19. Plaintiffs operated a towing and recovery business serving law enforcement agencies.

20. Plaintiffs had an established course of dealing and reasonable expectation of continued participation in towing rotations.

21. A court order was allegedly served on Plaintiffs; however:

- It was not served on the registered agent or owner
- It was served on a newly hired employee
- Plaintiff Tracy was out of state and never received notice

22. Plaintiffs were never given notice or an opportunity to be heard.

23.  Despite improper service, Defendants treated the order as valid.

24.  Defendant **Chief Deputy Jason March** participated in the improper service.

25.  Defendant **Sheriff Lamphere** relied on the defective service to remove Plaintiffs.

26.  *Plaintiffs were removed from towing rotations without due process.*

27.  Defendant **State's Attorney LeEllen McCartney** publicly stated that Plaintiffs had criminal charges pending.

28.  These statements were made at public county commission meetings on **November 7 and November 21, 2023.**

29.  Defendant McCartney cited a **criminal case number belonging to Brandi Harper** and falsely attributed it to Plaintiffs.

30.  These statements were false and made knowingly or with reckless disregard.

31.  The statements were publicly disseminated and reported, damaging Plaintiffs' reputation.

32.  Plaintiffs possess recordings and transcripts confirming the statements.

33.  Plaintiffs suffered financial loss of approximately **$150,000–$200,000 per year.**

34.  Defendants provided preferential treatment to **Plains Towing and Recovery (PTR).**

35.  Law enforcement agencies, including SDHP, participated in or reinforced the exclusion of Plaintiffs.

36.  Defendant **Captain Zac Bader** and SDHP contributed to or ratified the exclusion and unequal treatment.

37.  *Plaintiffs were treated differently than similarly situated towing providers without justification.*

38.  Defendants acted in concert to remove Plaintiffs and replace them with a preferred provider.

___

## IV. CLAIMS FOR RELIEF

## COUNT I – PROCEDURAL DUE PROCESS

39.  Plaintiffs had protected property and liberty interests.

40.  Defendants deprived Plaintiffs of those interests without notice or hearing.

41.  This violated the Fourteenth Amendment.

___

## COUNT II – STIGMA-PLUS DEFAMATION

42. Defendants made false public statements about criminal charges.

43. The statements were combined with removal from towing rotation.

44. This constitutes stigma-plus in violation of due process rights.

## COUNT III – MONELL LIABILITY

45. The violations resulted from policies, customs, or decisions of final policymakers.

46. Butte County and the City of Belle Fourche are liable.

## COUNT IV – CIVIL CONSPIRACY

47. Defendants agreed to remove Plaintiffs and harm their business.

48. Overt acts were taken in furtherance of the conspiracy.

## COUNT V – EQUAL PROTECTION

49. Plaintiffs were intentionally treated differently than other towing providers.

50. There was no rational basis for the disparity.

## V. DAMAGES

51. Plaintiffs suffered:

- Lost income ($150,000–$200,000 annually)
- Reputational damage
- Business losses

52. Defendants acted willfully and maliciously.

## VI. INJUNCTIVE RELIEF

53. Plaintiffs request:

- Prohibition on false statements
- Policies ensuring due process
- Measures preventing favoritism

———

## VII. PRAYER FOR RELIEF

Plaintiffs request:

A. Compensatory damages

B. Punitive damages

C. Injunctive relief

D. Costs and fees

E. Any further relief the Court deems proper

———

## VIII. JURY DEMAND

Plaintiffs demand a jury trial.

———

## IX. SIGNATURE

**John M. Tracy (Pro Se)**

3J Oil Medics, LLC d/b/a 3J Towing

1015 Lawrence St

Belle Fourche, SD 57717

605-641-5194

3jtowingsd@gmail.com

3J Towing
1015 Lawrence St
Belle Fourche, SD 57717

**CERTIFIED MAIL**

9589 0710 5270 2174 3906 32



Retail

U.S. POSTAGE PAID
FCM LG ENV
BELLE FOURCHE, SD 57717
APR 10, 2026

57104    **$12.42**

RDC 99    S2324H503769-04

X-RAYED BY SOUTH DAKOTA

United States District Court
District of South Dakota
400 South Phillips Ave
Sioux Falls, SD 57104